| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Humetewa, Diane J. | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>07/14/2017 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court for the District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St. Suite 625 SPC 81
Phoenix, Arizona 85003-2161

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 07/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 07/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Sandra Day O'Connor College of Law | Justice Prize Dinner & Reception (O'ConnorJusticePrize.org) for 2 (Spouse & Me) | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 07/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Am. Century Diversified bond Investment Class | A | Dividend | | | Sold | 5/11/16 | J | A | Northwest Mutual |
| 2. Brown Cap Mgmt. Small Cap | A | Dividend | J | T | Buy | 5/11/16 | J | | Northwest Mutual |
| 3. Columbia Acorn Intern'l A | A | Dividend | | | Sold | 5/11/16 | J | A | Northwest Mutual |
| 4. Credit Suisse Commodity Return Strategy A (Y) | | | | | | | | | |
| 5. Deutsche Enhanced Commodity Strategy Fnd Inst.Class | A | Dividend | J | T | Buy | 05/11/16 | J | | Northwest Mutual |
| 6. Delaware Emerging Market Fund 1 (Y) | | | | | | | | | |
| 7. Dodge & Cox Income Fund | A | Dividend | | | Sold | 05/11/16 | K | A | Northwest Mutual |
| 8. Eagle Small Cap Fund A (Y) | | | | | | | | | |
| 9. Fidelity Adv. New Insight Fund I | D | Dividend | | | Sold | 05/11/16 | L | A | Northwest Mutual |
| 10. Fidelity Adv. Mid Cap II | A | Dividend | | | Sold | 05/11/16 | J | A | Northwest Mutual |
| 11. General Money Market Fund Class B-Dreyfus Corp. | A | Interest | J | T | | | | | |
| 12. Harbor Real Return (Y) | | | | | | | | | |
| 13. Harbor Bond Fund (Y) | | | | | | | | | |
| 14. Hartford High Yield A (Y) | | | | | | | | | |
| 15. Intern'l Growth & Income F2 (IGFF) American Fund | A | Dividend | | | Sold | 05/11/16 | K | A | Northwest Mutual |
| 16. Income Fund Lass PDe PONPX | A | Dividend | J | T | Buy | 05/11/16 | J | | Northwest Mutual |
| 17. John Hancock Mid Cap Fund | B | Dividend | | | Sold | 05/11/16 | K | A | Northwest Mutual |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS Value Fund | D | Dividend | | | Sold | 05/11/16 | K | A | Northwest Mutual |
| 19. MFS Intern'l Growrh I (Y) | | | | | | | | | |
| 20. Metropolitan West Total Return Bond Fund Class I | A | Dividend | | | Sold | 05/11/16 | J | A | Northwest Mutual |
| 21. Northern Small Cap Value Fund | A | Dividend | | | Sold | 05/11/16 | J | A | Northwest Mutual |
| 22. NFJ Dividend Value A (Y) | | | | | | | | | |
| 23. Oakmark Intern'l Small Cap | A | Dividend | J | T | Buy | 05/11/16 | J | | Northwest Mutual |
| 24. Oakmark Intern'l Fund | A | Dividend | | | Sold | 05/11/16 | J | A | |
| 25. Principle High Yield (Y) | | | | | | | | | |
| 26. PIMCO Commododities Plus Strategy Fund Cass P (Y) | | | | | | | | | |
| 27. Perkins Mid Cap Value Fund Calss T (Y) | | | | | | | | | |
| 28. PIMCO Income Fund A | A | Dividend | K | T | Buy | 05/11/16 | J | | Northwest Mutual |
| 29. PIMCO Commodity Strategy A (Y) | | | | | | | | | |
| 30. Scout International Fund (Y) | | | | | | | | | |
| 31. Templeton Global Bond Fund A | A | Dividend | | | Sold | 05/11/16 | J | A | Northwest Mutual |
| 32. T Rowe Price Real Estate | A | Dividend | | | Sold | 05/11/16 | K | A | Northwest Mutual |
| 33. T Rowe Emerging Market Stock Fund (Y) | | | | | | | | | |
| 34. Europacific Growth Fund Class F-2 | A | Dividend | | | Sold | 05/11/16 | K | A | Northwest Mutual |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 07/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New World Fund Class F-2 | A | Dividend | | | Sold | 05/11/16 | J | A | Northwest Mutual |
| 36. Parnassus Core Equity Fund | A | Dividend | | | Sold | 05/11/16 | J | A | Northwest Mutual |
| 37. Bank of America | A | Interest | K | T | | | | | |
| 38. First Fed. Credit Union | A | Interest | K | T | | | | | |
| 39. Northwest Mutual Whole Life Insur. | B | Dividend | K | T | | | | | |
| 40. AMG Managers Fairpoint Mid Cap Fund A | A | Dividend | K | T | Buy | 05/11/16 | K | | Northwest Mutual |
| 41. Fidelity Adv Total Bond | A | Dividend | K | T | Buy | 05/11/16 | K | | Northwest Mutual |
| 42. FMI International Fund | A | Dividend | J | T | Buy | 05/11/16 | J | | Northwest Mutual |
| 43. IShares MSCI EuroZone ETF | A | Dividend | J | T | Buy | 05/11/16 | J | | Northwest Mutual |
| 44. IShares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 05/11/16 | K | | Northwest Mutual |
| 45. IShares Core S&P 500 ETF | B | Dividend | M | T | Buy | 05/11/16 | M | | Northwest Mutual |
| 46. Oakmark Select | A | Dividend | K | T | Buy | 05/11/16 | K | | Northwest Mutual |
| 47. Schwab Strategic Intern'l Equity ETF | B | Dividend | K | T | Buy | 05/11/16 | K | | Northwest Mutual |
| 48. Vanguard Index REIT ETF | A | Dividend | J | T | Buy | 05/11/16 | J | | Northwest Mutual |
| 49. Vanguard Intern'l Equity ETF | A | Dividend | J | T | Buy | 05/11/16 | J | | Northwest Mutual |
| 50. Vanguard Total Bond Market ETF | A | Dividend | K | T | Buy | 05/11/16 | K | | Northwest Mutual |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humetewa, Diane J. | 07/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane J. Humetewa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544